CITY OF BRIDGETON, DEFENDANT IN CERTIORARI, v. JOSEPH CORSON, PROSECUTOR IN CERTIORARI.

Decided July 14, 1923.

On *certiorari.*

Before Justices KALISCH, BLACK and KATZENBACH.

For the prosecutor, *Rex A. Donnelly.*

For the defendant, *Walter H. Bacon, Jr.*

PER CURIAM.

For the reasons given in the *per curiam* opinion, filed in the *City of Bridgeton,* defendant in *certiorari,* v. *Hugh Smith, Jr.,* prosecutor in *certiorari,* the judgment in this case is reversed, with costs. See *City of Bridgeton v. Smith, ante p.* 398.